

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00377-CV

Patrick **MINOR**,
Appellant

v.

**RED HOOK CRAB SHACK LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19625
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's "Order Granting Defendant's Motion for Summary Judgment" is AFFIRMED. Costs of appeal are assessed against appellant.

SIGNED August 10, 2022.

_____
Lori I. Valenzuela, Justice